THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCELLUS PIERCE, Appellant.

Submitted April 20, 2009; decided April 30, 2009

Motion for assignment of counsel granted and David C. Schopp, Esq., the Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EVERTON D. SIMMS, Respondent.

Submitted April 6, 2009; decided April 30, 2009

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL WILLIAMS, Appellant.

Submitted April 27, 2009; decided April 30, 2009

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.